FILED
2026 Apr-29 PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL IVY,** | ) | **Summons** |
| **Plaintiff,** | ) | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| **v.** | ) | |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | **CIVIL ACTION CASE NUMBER:** |
| **Defendant.** | ) | |

**REQUEST FOR SERVICE BY CERTIFIED MAIL**

Please serve the defendant(s) Lincoln National Life Insurance Company by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

/s/*David P. Martin*
Signature of Attorney