FILED
2026 May-11 PM 01:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL IVY, Plaintiff, | **Summons** (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| v. | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, Defendant. | CIVIL ACTION CASE NUMBER: **5:26-cv-00713-LCB** |

**Summons in a Civil Action**

To: **Lincoln National Life Insurance Company**
**Corporation Service Company, Inc.**
**641 South Lawrence Street**
**Montgomery, AL 36104**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**David P. Martin**
**The Martin Law Group, LLC**
**P.O. Box 20087**
**Tuscaloosa, AL 35402**

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 5/11/26

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
660 Gallatin Street, SW
Huntsville, AL 35801

**RETURN ON SERVICE OF WRIT**

I hereby certify and return that on the _______ day of _________________, __________, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

***I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

______________________ ________________________________________

***Date*** ***Authorized or Specially Appointed Process Server***

Costs of Service: Service fee: $

Expenses: _______ miles @ _________cents $_________________

TOTAL $