FILED
2026 May-26 PM 02:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lincoln National Life Insurance Company
Corporation Service Company, Inc.
641 South Lawrence St.
Montgomery, AL 36104

9590 9402 6959 1104 5360 03

2. Article Number (Transfer from service label)

7021 1970 0000 7790 4422

COMPLETE THIS SECTION ON DELIVERY

A. Signature
Kelly Webster
☒ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
5-15-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2026 MAY 26 P 1:37

5:26-cv-713-LCB

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

MONTGOMERY AL 360
22 MAY 2026 PM 2 L

9590 9402 6959 1104 5360 03

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

United States District Court
Northern District of AL
660 Gallatin St., SW
Huntsville, AL 35801

MAY 26
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Michael Ivy vs. Lincoln
5:26-cv-00713-LCB